## EXHIBIT A

1.   *Kenney et al. v. Centerstone of America, Inc*., Case No. 3:20-cv-01007 (M.D. Tenn.) (appointed co-class counsel in data breach class action settlement involving over 63,000 class members; final approval granted Aug. 2021);

2.   *Baksh v. Ivy Rehab Network, Inc*., Case No. 7:20-cv-01845-CS (S.D.N.Y.) (class counsel in a data breach class action settlement; final approval granted Feb. 2021);

3.   *Mowery et al. v. Saint Francis Healthcare System*, Case No. 1:20-cv-00013-SRC (E.D. Mo.) (appointed class counsel; final approval granted Dec. 2020);

4.   *Chatelain et al. v. C, L and W PLLC d/b/a Affordacare Urgent Care Clinics*, Case No. 50742-A (42nd District Court for Taylor County, Texas) (appointed class counsel; settlement valued at over $7 million; final approval granted Feb. 2021);

5.   *Jackson-Battle v. Navicent Health, Inc.,* Civil Action No. 2020-CV-072287 (Superior Court of Bibb County, Georgia) (appointed class counsel in data breach case involving 360,000 patients; final approval granted Aug. 2021);

6.   *Bailey v. Grays Harbor County Public Hospital District et al*., Case No. 20-2- 00217-14 (Grays Harbor County Superior Court, State of Washington) (appointed class counsel in hospital data breach class action involving approximately 88,000 people; final approval granted Sept. 2020);

7.   *Richardson v. Overlake Hospital Medical Center et al*., Case No. 20-2-07460-8 SEA (King County Superior Court, State of Washington) (appointed class counsel in data breach case, final approval granted September 2021);

8.   *Martinez et al. v. NCH Healthcare System, Inc.*, Case No. 2020-CA-000996 (Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida) (Mr. Lietz appointed Settlement Class Counsel; final approval granted October 2021);

9.   *Carr et al. v. Beaumont Health et al*., Case No. 2020-181002-NZ (Circuit Court for the County of Oakland, Michigan) (Mr. Lietz appointed co-class counsel in data breach case involving 112,000 people; final approval granted October 2021);

10.  *Klemm et al. v. Maryland Health Enterprises Inc*., Case No. C-03-CV-20-022899 (Circuit Court for Baltimore County, Maryland) (appointed class counsel; final approval granted November 2021);

11.  *In re: GE/CBPS Data Breach Litigation*, 1:2020-cv-02903, Doc. 35 (S.D.N.Y.)

(appointed co-lead counsel in nationwide class action);

12. *Nelson, et al. v. Idaho Central Credit Union*, No. CV03-20-00831 (Bannock County, Idaho) (appointed co-lead counsel in data breach class action involving 17,000 class members; granted final approval of settlement valued at $3.3 million);

13. *In Re: Canon U.S.A. Data Breach Litigation*, Master File No. 1:20-cv-06239- AMD-SJB (E.D.N.Y.) (appointed co-lead counsel);

14. *Suren et al. v. DSV Solutions, LLC*, Case No. 2021CH000037 (Circuit Court for the Eighteenth Judicial Circuit of DuPage County, Illinois) (appointed Settlement Class Counsel, final approval granted Sept. 27, 2021);

15. *Chacon v. Nebraska Medicine*, Case No. 8:21-cv-00070-RFR-CRZ (D. Neb.) (appointed class counsel in data breach settlement, final approval granted Sept. 2021);

16. *Aguallo et al v. Kemper Corporation et al.,* Case No. 1:21-cv-01883 (N.D. Ill.) (appointed Co-lead Counsel, final approval granted of $17.1 million class settlement);

17. *In re: Herff Jones Data Breach Litigation*, Master File No. 1:21-cv-1329-TWP- DLP (S.D. Ind.) (appointed co-lead counsel in data breach involving over 1 million persons; final approval of $4.35 million settlement granted July 2022);

18. *In Re: CaptureRx Data Breach Litigation*, No. 5:21-cv-00523-OLG (W.D. Tex.) (appointed co- lead counsel in data breach case involving over 2.4 million class members; final approval of $4.75 million settlement granted June 2022);

19. *In re Arthur J. Gallagher Data Breach Litigation*, No. 1:21-cv-04056 (N.D. Ill.) (appointed co- lead counsel in data breach case involving over 3 million class members);

20. *Heath v. Insurance Technologies Corp.*, No. 21-cv-01444 (N.D. Tex.) ($11 million settlement for a major data breach involving more than 4 million consumers; final approval granted January 2023);

21. *Cece et al. v. St. Mary's Health Care System, Inc. et al.*, Civil Action No. SU20CV0500 (Superior Court of Athens-Clarke County, Georgia) (appointed Settlement Class Counsel in data breach case involving 55,652 people; final approval granted April 2022);

22. *Powers, Sanger et al v. Filters Fast LLC*, Case 3:20-cv-00982-jdp (appointed co-lead Settlement Class Counsel; final approval granted July 2022);

23. *Garcia v. Home Medical Equipment Specialists, LLC*, Case No. D-202-cv-2021-06846 (appointed class counsel; final approval granted June 2022);

24.  *Hough v. Navistar, Inc.*, Case No.: 2021L001161 (Ill. 18th Jud. Cir. Crt., DuPage Cnty.); (appointed co-lead class counsel; final approval granted May 2022);

25.  *Clark v. Mercy Hospital, et al*, Case No. CVCV082275 (Iowa Dist. Crt, Johnson Cnty.) (appointed class counsel; final approval granted July 2022);

26.  *Myschka, et al v. Wolfe Clinic, P.C. d/b/a Wolfe Eye Clinic*, (Iowa Dist. Crt., Marshall Cnty.) (appointed class counsel; final approval granted June 2022);

27.  *Baldwin et al. v. National Western life Insurance Company*, Case No. 2:21-cv-04066 (W.D. Mo.) (appointed co-class counsel; final approval granted June 2022);

28.  *Hashemi, et. al. v. Bosley, Inc.*, Case No. 21-cv-00946-PSG (RAOx) (C.D. CA) (appointed co-class counsel; final approval granted November 2022);

29.  *Paras et al. v. Dental Care Alliance*, Civil Action No. 22EV000181 (State Court of Fulton County, Georgia (appointed co-class counsel; final approval granted September 2022);

30.  *James v. CohnReznick LLP*, Case No. 1:21-cv-06544 (S.D.N.Y.), (appointed as co-class counsel; final approval granted September 2022);

31.  *Purvis, et al v. Aveanna Healthcare, LLC*, Case No. 1:20-cv-02277-LMM (N.D. Ga.) (appointed class counsel; final approval granted October 2022);

32.  *Kolar v. CSI Financial Services LLC dba ClearBalance*, Case No. 37-2021-00030426-CU-NP-CTL (Superior Court of San Diego County, California) (appointed co-lead class counsel, final approval granted January 2023);

33.  *In re: California Pizza Kitchen Data Breach Litigation*, Master File No.: 8:21-cv-01928-DOC-KES (C.D. CA) (appointed settlement class counsel; final approval granted February 2023);

34.  *Snyder v. Urology Center of Colorado, P.C.*, Case No. 2021CV33707 (2nd District Court, Denver County, Colorado) (appointed settlement class counsel; final approval granted October 2022);

35.  *Devine, et al v. Health Aid of Ohio, Inc.,* (Ohio Court of Common Pleas, Cuyahoga Cnty.) (appointed class counsel; final approval granted September 2022);

36.  *Davidson v. Healthgrades Operating Company, Inc.,* Case No. 1:21-cv-01250- RBJ (D. Colo.), (appointed class counsel; final approval granted August 2022);

37.  *Bodie v. Capitol Wholesale Meats, Inc.*, Case No. 2022CH000020 (Ill. 18th Jud. Cir. Crt.,

DuPage Cnty.) (appointed class counsel; final approval granted March 2022);

38.    *Culp v. Bella Elevator LLC*, Case No. 2021-CH-00014 (Ill. 10th Jud. Cir. Crt., Peoria Cnty.) (appointed class counsel; final approval granted May 2022);

39.    *Gonshorowski v. Spencer Gifts LLC*, Docket Number ATL-L-000311-22 (Superior Court of New Jersey, Law Division, Atlantic County (appointed Class Counsel; final approval granted September 12, 2022);

40.    *Cain, et al. v. OSF Healthcare*, Case No. 21-L-00231 (Circuit Court for the Tenth Judicial Circuit of Peoria County, Illinois) (appointed settlement class counsel; final approval granted January 2023);

41.    *Nelson, et al. v. Bansley & Kiener*, Case No. 2021-CH-06274 (Ill. Cir. Ct., Cook Cnt'y) (appointed class counsel; final approval granted November 2022);

42.    *Steen v. The New London Hospital Association, Inc.,* Civil Action No. 217-2021- CV-00281 (Merrimack Superior Court, New Hampshire) (appointed class counsel; final approval granted January 2023);

43.    *Summers II v. Sea Mar Community Health Ctrs.*, Case No. 22-2-00773-7 SEA (Wash. Sup. Ct., King Co.) (appointed class counsel; final approval granted December 2022);

44.    *In re Forefront Data Breach Litigation*, Master File No. 1:21-cv-00887-LA (E.D. Wisc.) (appointed settlement class counsel; final approval granted March 2023);

45.    *Engle v. Talbert House*, Case No.: A2103650 (Court of Common Pleas, Hamilton County, Ohio) (appointed class counsel; final approval granted February 2023);

46.    *Henderson et al. v. San Juan Regional Medical Center*, Case No. D-1116-CV- 2021-01043 (11th Jud. Dist. Ct., County of San Juan, NM) (appointed class counsel; final approval granted March 2023);

47.    *Cathy Shedd v. Sturdy Memorial Hospital, Inc.*, Civ. Action No: 2173 CV 00498 (Mass. Sup. Ct. Dept.) (appointed class counsel; final approval granted February 2023);

48.    *Pagan et al. v. Faneuil, Inc.*, Civil Action No. 3:22-cv-297 (E.D. Va.)(appointed class counsel; final approval granted February 2023);

49.    *McManus v. Gerald O. Dry, P.A.*, Case No. 22 CVS 001776 (N.C. Superior Court for Cabarrus County) (appointed settlement class counsel; final approval granted March, 2023);

50.    *Hawkins et al. v. Startek, Inc.*, Case No. 1:22-cv-00258-RMR-NRN (USDC

CO)(appointed class counsel; final approval granted April, 2023);

51.     *McHenry v. Advent Health Partners, Inc.*, Case No. 3:22-cv-00287 (USDC MD TN)
(appointed settlement class counsel; final approval granted April 2023);

52.     *Beasley et al. v. TTEC Services Corporation*, Civil Action No. 22-cv-00097-PAB-STV
(USDC CO) (appointed class counsel; preliminary approval granted May 2023);

53.     *Boyd v. Public Employees Credit Union*, Case No. 1:22-cv-00825-LY (USDC WD
TX)(appointed class counsel; final approval granted June 9, 2023);

54.     \*Charlie et al. v. Rehoboth McKinley Christian Healthcare Services*, Civil No 21-652
SCY/KK (USDC NM)(appointed class counsel; final approval granted July 2023);

55.     *Sharma et al. v. Accutech Systems Corporation*, Case No. 18C02-2210-CT-000135
(Delaware Circuit Court 2, Delaware County, Indiana) (appointed Class Counsel; final
approval granted November 2023);

56.     *Simmons et al. v. Assistcare Home Health Services, LLC*, Index No. 511490/2021
(Supreme Court of the State of New York, County of Kings)(appointed settlement class
counsel; final approval granted August 2023;

57.     *Lopez v. San Andreas Regional Center*, Case N0. 21CV386748 (Sup. Ct. CA, Santa Clara
County) (appointed settlement class counsel; final approval granted September 2023);

58.     *Bailey et al. v. Alacrity Solutions Group, LLC,* Cause No. 29D03-2204-PL-002383
(Hamilton County (Indiana) Superior Court)(appointed class counsel; final approval
granted June 2023);

59.     *Retsky et al. v. Super Care, Inc d/b/a/ Supercare Health*, Case No. 22STCV16267 (Los
Angeles County California Superior Court)(appointed class counsel; final approval
granted August 2023);

60.     *In re Medical Review Institute of America, LLC, Data Breach Litigation*, Civil No.
2:22cv0082-DAK-DAO (USDC UT)(appointed co-lead class counsel; final approval
granted August 2023);

61.     *Colon v. Creative Ventures Inc.*, Case Number 2023LA000177 (In the Circuit Court of
the Eighteenth Judicial Circuit, Dupage County, Illinois)(appointed settlement class
counsel; final approval granted September 2023);

62.     *Jones v. Horizon House, Inc.*, Case No. 01767, Control No. 23030116 (Court of Common
Pleas of Philadelphia County, First Judicial District of Pennsylvania)(appointed class
counsel; final  approval granted Nov. 20, 2023);

63.   *Keefe, et al v. Froedtert Health, Inc*., Case No. 2023CV001935 (Circuit Court of Wisc., Milwaukee Cty.) (appointed settlement class counsel; final approval granted September 29, 2023);

64.   *Reynolds, et al v. Marymount Manhattan College,* Case No. 1:22-cv-06846 (USDC S.D.N.Y) (appointed settlement class counsel; final approval granted October 20, 2023);

65.   *Borre v. O'Hare Towing Systems, Inc.*, Case No. 2020-CH-02865 (Ill. Circ. Ct., Cook County) (appointed settlement class counsel; final approval granted 10/25/2023);

66.   *In re: Novant Health, Inc.*, Case No. 1:22-cv-00697 (M.D.N.C.) (Appointed class counsel; preliminary approval granted Nov. 6, 2023);

67.   *Lukis, et al v. OnePlus USA Corp.,* Case No. 2023LA000573 (Ill. Circ. Ct., DuPage Cty.) (Appointed class counsel; preliminary approval granted Aug. 10, 2023;

68.   *Charitat v. Pape-Dawson Engineers, Inc.,* Case No. 2022C121570 (438th Judicial District Court of Tex., Bexar Cnty.) (Appointed class counsel; final approval granted Nov. 13, 2023);

69.   *Cline, et al v. Inline Network Integration LLC*, Case No. 2023LA000402 (Ill. Circ. Ct., DuPage Cty.) (Appointed class counsel; final approval granted Dec. 13, 2023;

70.   *Czarnionka v. The Epoch Times Association, Inc.*, Case No. 1:22-cv-06348-AKH (U.S.D.C. N.Y.) (Appointed class counsel; preliminary approval granted Jan. 22, 2024);

71.   *Sherwood, et al v. Horizon Actuarial Services, LLC,* Case No. 1:22-cv-01495-ELR (USDC N.D. Ga.) (Appointed class counsel; preliminary approval granted Sept. 21, 2023);

72.   *Prevost, et al v. Roper St. Francis Healthcare*, C.A. No. 2021-CP-10-01754 (9th Jud. Cir. Ct. of S.C., Court of Common Pleas) (Appointed co-class counsel; preliminary approval granted Jan. 18, 2024);

73.   *Perry v. Bay & Bay Transportation Services*, Case No. 22-973-JRT/ECW (USDC D. Minn.) (Appointed class counsel; final approval granted Jan. 23, 2024);

74.   *In re C.R. England, Inc. Data Breach Litigation*, Case No. 2:22-cv-374-DAK-JCB (USDC D. Utah) (Appointed class counsel; preliminary approval granted Sept. 19, 2023);

75.   *Hoover v. Camping World Group, LLC, et al*, Case No. 2023LA000372 (18th Jud. Circ. Ct. of Ill., DuPage Cty.) (Appointed class counsel; preliminary approval granted Dec. 12, 2023);

76. *Guy v. Convergent Outsourcing, Inc.*, Case No. C22-1558-MJP (USDC W.D. Wash.) (Appointed class counsel; preliminary approval partially granted Dec. 19, 2023);

77. *Farley, et al v. Eye Care Leaders Holdings, LLC*, Case No. 1:22-cv-468 (USDC M.D.N.C.) (Appointed class counsel; preliminary approval granted Aug. 23, 2023);

78. *Parris, et al v. Meta Platforms, Inc.*, Case No. 2023LA000672 (18th Jud. Cir. Ct of Ill., DuPage Cty.) (Appointed class counsel; preliminary approval granted July 3, 2023);

79. *Kaether, Scott v. Metropolitan Area EMS Auth. d/b/a MedStar Mobile Healthcare*, 342nd Jud. Ct., Tarrant Cty. of Tex., Cause No. 342-339562-23 (Appointed class counsel; preliminary approval granted Oct. 26, 2023);

80. *Medina, et al v. PracticeMax Inc.*, Case No. CV-22-01261-PHX-DLR (USDC D. Ariz.) (Appointed class counsel; preliminary approval granted Oct. 27, 2023);

81. *Julien, et al v. Cash Express, LLC*, Case No. 2022-CV-221 (Cir. Ct. for Putnam Cty. of Tenn.) (Appointed class counsel; final approval granted Nov. 9, 2023);

82. *Forslund, et al v. R. R. Donnelley & Sons Co.*, Case no. 1:22-cv-04260-JJT (USDC N.D. Ill.) (Appointed class counsel; preliminary approval granted Oct. 31, 2023);

83. *Stauber v. Sudler Property management,* Case No. 2023LA000411 (18th Jud. Circ. Ct., DuPage Cty. Ill.) (Appointed class counsel; preliminary approval granted Sept. 19, 2023);

84. *Aragon v. Weil Foot and Ankle Institute, LLC*, Case No. 2021-CH-01437 (19th Jud. Circ. Ct., Cook Cty. of Ill.) (Appointed class counsel; preliminary approval granted Nov. 20, 2023);

85. *In Re Wright & Filippis, LLC Data Security Breach Litigation*, Case No. 2:22-cv-12908-SFC (USDC E.D. Mich.) (Appointed class counsel; preliminary approval granted Jan. 4, 2024);

86. *Doe, et al v. Knox College*, Case No. 2023LA9, (9th Jud. Ct. of Knox Cty., Ill.) (Appointed class counsel; final approval granted Jan. 19, 2024);

87. *In Re Afni, Inc. Data Breach Litigation*, Case No. 1:22-cv-01287-JES-JEH (USDC C.D. Ill.) (Appointed class counsel; final approval granted Sept. 26, 2023);

88. *In Re Central Indiana Orthopedics Data Incident Litig.*, Cause No. 18C03-2203-PL-000026 (Delaware Cty. Circ. Ct., State of Ind.) (Appointed class counsel; final approval granted Aug. 18, 2023);

89.  *Viruet v. Comm. Surgical Supply, Inc.,* Case No. OCN L-001215-23 (N.J. Sup. Ct. of Ocean Cty.) (Appointed co-class counsel; final approval granted Nov. 17, 2023);

90.  *K.B, et al v. East Tenn. Children's Hosp. Assoc., Inc.*, Case No. C2LA0081 (Appointed co-class counsel; final approval granted December 19, 2023);

91.  *Johnson v. Filtration Group LLC*, Case No. 2020-CH-00138 (Ill. Circ. Ct of Cook Cty.) (Appointed class counsel; final approval granted Dec. 22, 2023);

92.  *Richardson, et al v. Gershman Investment Corp.*, Case No. 22SL-CC03085 (Mo. Circ. Ct. of St. Louis Cty.) (Appointed class counsel; final approval granted Nov. 6, 2023);

93.  *McNicholas v. Ill. Gastroenterology Group, PLLC*, Case No. 22LA00000173 (19th Jud. Cir. Ct. of Lake Cty.) (Appointed class counsel; final approval granted June 23, 2023);

94.  *Vandermark v. Mason Tenders' Distr. Counsil Welfare Fund, et al*, Index No. 15336/2023 (N.Y. Supreme Ct., Cty of N.Y.) (Appointed class counsel; final approval granted Oct. 11, 2023)

95.  *Lhota, et al v. Mich. Ave. Immediate Care, S.C.*, Case No. 2022-CH-06616 (Ill. Cir. Ct. of Cook Cty.) (Appointed class counsel; final approval granted Aug. 15, 2023);

96.  *Young, et al v. Military Advantage, Inc., et al*, Case No. 2023LA00535 (Ill. Cir. Ct. of DuPage Cty.) (Appointed class counsel; final approval granted Nov. 2023);

97.  *Edri v. Brooklyn Premier Orthopedics and Pain Management PLLC d/b/a Brooklyn Premier Orthopedics,* Case No. 1:23-cv-07943-HG (USDC E.D. New York) (Appointed class counsel);

98.  *Oche v. National Math & Science Initiative*, Index No. 510959/2023 (N.Y. Supr. Crt, Kings Cnty.) (Appointed class counsel; preliminary approval granted Jan. 31, 2024);

99.  *Baker, et al v. SLT Lending SPV, Inc., d/b/a SUR La Table,* Case No. 2:23-cv-190-PPS-JEM (N.D. Ind.) (Appointed interim lead counsel).

100.  *Arbuthnot v. Acuity – CHS, LLC*, Case No. 6:22-cv-658-PGB-DCI (USDC MD FL, Orlando Division) (appointed Settlement Class Counsel; final approval granted August 2023);

101.  *Bergeson v. Virginia Mason Medical Center*, Case No. 22-2-09089-8 SEA (Superior Court of Washington for King County) (appointed Settlement Class Counsel; final approval granted August 2023);

102.  *Griffey et al. v. Magellan Health, Inc*., Case No. CV-20-01282-PHX-MTL (USDC

AZ)(appointed Settlement Class Counsel; final approval granted February 9, 2024);

103.    *Connor Rowe v. Sterling Valley Systems, Inc. d/b/a/ Inntopia*, Docket No.: 22-CV-04081 (Superior Court, Civil Division, Lamoille Unit, State of Vermont)(appointed Settlement Class Counsel; final approval granted Jan. 9, 2024);

104.    *Jones, et al v. P2ES Holdings, LLC*, Case No. 23-cv-00408-GPG-MEH (USDC D. Colo.) (Appointed co-class counsel; preliminary approval granted Oct. 12, 2023);

105.    *Guarino v. Radius Financial Group, Inc*., Civ. Action No: 2283 CV 00196 (Mass. Sup. Ct. Dept. Plymouth County) (appointed class counsel; preliminary approval granted August 7, 2023);

106.    *Foster et al. v. Lower, LLC*, Civil Action No. 1:22-CV-1581 (GLR) (USDC MD)(appointed Class Counsel; final approval granted Dec. 1, 2023);

107.    *Lamie et. al v. LendingTree, LLC*, Case No. 3:22-cv-0037 (USDC WD NC)(appointed Class Counsel; preliminary approval granted September 25, 2023).

108.    *Kooner, et al v. Oral Surgeons of Virgnia, PLLC*, Case No. 1:23-cv-01199 (USDC E.D. Va.) (appointed Co-Lead Counsel December 1, 2023);

109.    *Tarrant v. Southland Holdings LLC*, Cause No. 067-333679-22 (67th Judicial Dist. Ct. of Tex., Tarrant Cnty.) (appointed Class Counsel; preliminary approval granted December 22, 2023);

110.    *May, et al v. Five Guys Enterprises, LLC*, Case No. 1:23-cv-00029 (USDC E.D. Virg.) (appointed Class Counsel; preliminary approval granted Jan.4, 2024);

111.    *Martinez, et al v. Presbyterian Healthcare Services*, Case No. D-202-CV-2020-01578 (2d Jud. Ct. of N.M., Cty of Bernalillo) (appointed Class Counsel; preliminary approval granted January 19, 2024);

112.    *Medina v. Albertsons Companies, Inc.*, Case No. 1:23-cv-00480-MN (USDC D. Del.) (appointed Class Counsel; preliminary approval granted Jan. 11, 2024);

113.    *Williams v. Monarch*, Case No. 23CVS-105, (N.C. Sup. Ct., Cty. of Stanly) (Appointed Class Counsel; preliminary approval granted Jan. 17, 2024);

114.    *Kondo, et al v. Creative Services, Inc.*, Case No. 1:22-cv-10438-DJC (USDC of D. Mass.) (Appointed class counsel; final approval granted Sept. 7, 2023);

115.    *Stark, et al v. Acuity Brands, Inc.*, Case No. 23EV006179H (Fulton Cty State Court of Ga.) (appointed class counsel; preliminary approval granted Jan. 18, 2024);

116. *Keown, et al v. Int'l Assoc. of Sheet Metal Air Rail Transportation Workers*, Case No. 1:23-cv-03570-CRC (USDC D.C.) (Appointed class counsel);

117. *Mendoza, et al v. Crystal Bay Casino, LLC*, Case No. 3:23-cv-00092-MMD-CLB (D. Nev.) (Appointed class counsel) (preliminary approval granted Feb. 5, 2024);