UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **PATRICIA BURNELLE, MIHO SAKAI**, and **JUDY KISLING** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SAGE HOME LOANS CORPORATION** f/k/a **LENOX FINANCIAL MORTGAGE CORPORATION** d/b/a **WESLEND FINANCIAL**,<br><br>Defendant. | Case No. 0:24-cv-00972-MGL |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND AWARD OF
ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

Plaintiffs Patricia Burnelle, Miho Sakai, and Judy Kisling, individually and behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Grant final approval to the settlement described in the "Settlement Agreement" between Plaintiffs and Sage Home Loans Corporation f/k/a Lenox Financial Mortgage Corporation d/b/a Weslend Financial ("Defendant") as fair, reasonable, and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23;

3. Finally approve the appointment of Plaintiffs as Class Representatives;

4.      Finally approve the appointment of Gary M. Klinger and David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC as Class Counsel;

5.      Grant Plaintiffs' request for Attorneys' Fees, Expenses, and Service Awards;

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; (3) the Settlement Agreement; (4) the Preliminary Approval Order (ECF 44); (5) the [Proposed] Final Approval Order; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion on June 18, 2025.

For the reasons described in Plaintiffs' memorandum of law in support of this motion, Plaintiffs respectfully request that this Court grant the motion and enter the proposed Order and proposed Judgment.

Respectfully submitted this the 2nd day of May 2025.

By:     /s/ *Paul J. Doolittle*
Paul J. Doolittle(SC Fed. Bar ID:6012)
**Poulin Willey Anastopoulo LLC**
32 Ann Street Charleston, SC 29403
803-222-2222
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com
David K. Lietz (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** 5335 Wisconsin Ave., NW, Suite 440 Washington, DC 20015
Tel: (866) 252-0878
dlietz@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

*Class Counsel and Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Paul J. Doolittle*
Paul J. Doolittle
(SC Fed. Bar ID:6012)
**Poulin Willey Anastopoulo LLC**
32 Ann Street Charleston, SC 29403
803-222-2222
paul.doolittle@poulinwilley.com
cmad@poulinwilley.com